JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| HOWARD HUH, | CV 12-07390-PA (SH) |
| Petitioner, | JUDGMENT |
| v. | |
| P.D. BRAZELTON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: June 23, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1